# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James F. Holderman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 4458 | **DATE** | August 17, 2012 |
| **CASE TITLE** | United States ex rel Conner vs. Pethinaidu Veluchamy | | |

**DOCKET ENTRY TEXT**

ENTER ORDER: It is hereby ordered that the amended complaint be unsealed, assigned to a judge of this court and served upon the defendants by the relator. Further, All other contents of the court's file in this action shall remain under seal and not be made public or served upon the defendants, except for the original complaint, this order and the United States' Notice of Election to Decline Intervention. Further, the seal shall be lifted as all other matters occurring in this action after the date of this order.

■ [ For further detail see separate order(s).]                               Notified counsel by telephone.

|  | Courtroom Deputy Initials: | AMM |
|---|---|---|