IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | |
| Ex rel. KENNETH CONNER, | ) | |
| | ) | |
| Plaintiff, | ) | No. 11 CV 4458 |
| | ) | |
| v. | ) | Honorable Judge Sharon Johnson Coleman |
| | ) | |
| PETHINAIDU VELUCHAMY, *et al.*, | ) | Magistrate Judge Jeffrey Cole |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DEFENDANTS ARUN VELUCHAMY AND ANU VELUCHAMY'S MOTION TO QUASH SERVICE AND DISMISS PURSUANT TO RULES 12(b)(5), 4(m) & 41(b)**

Defendants, Anu Veluchamy ("Anu") and Arun Veluchamy ("Arun"), by their attorney, Richard F. Linden, pursuant to Federal Rules of Civil Procedure 12(b)(5), 4(m) and 41(b) move this Honorable Court to: (1) quash Plaintiff's purported February 17, 2013 service of process; (2) quash Plaintiff's purported February 8, 2015 service on these Defendants through service on attorneys Chad Schiefelbein and Randall Lending; (3) dismiss Plaintiff's claims against Anu and Arun pursuant to Federal Rules of Civil Procedure 12(b)(5) and 4(m); and (4) dismiss with prejudice Plaintiff's claims against Anu and Arun under Federal Rule of Civil Procedure 41(b). In support thereof, Defendants submit the attached memorandum.

WHEREFORE, Defendants Anu Veluchamy and Arun Veluchamy request that this Honorable Court: (1) quash Plaintiff's purported February 17, 2013 service; (2)

1

quash Plaintiff's purported February 8, 2015 service on the Defendants by serving attorneys Chad Schiefelbein and Randall Lending; (3) dismiss Plaintiff's claims against Anu and Arun pursuant to Federal Rules of Civil Procedure 12(b)(5) and 4(m); (4) dismiss with prejudice Plaintiff's claims against Anu and Arun under Federal Rule of Civil Procedure 41(b); and grant them any other relief the Court deems just. In the event the Court finds that the Defendants were properly served, Defendants Anu Veluchamy and Arun Veluchamy request twenty-one days to answer or otherwise plead to Plaintiff's Second Amended Complaint.

ANU VELUCHAMY and ARUN VELUCHAMY

By: _____s/Richard F. Linden_____
Their attorney

Richard F. Linden (ARDC #6200387)
Law Offices of Richard Linden
17 North Wabash, Suite 400
Chicago, Illinois 60602
312/590-0211