UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Kenneth Conner, et al.
                              Plaintiff,

v.                                          Case No.: 1:11−cv−04458
                                                      Honorable Sharon Johnson Coleman

Pethinaidu Veluchamy, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, November 30, 2015:

       MINUTE entry before the Honorable Sharon Johnson Coleman: Conner's motion to determine the relator's share of the government's alternate remedy [268] is denied. Enter Memorandum Opinion and Order.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.